CEM

FILED
2008 FEB 11 PM 1:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. '08 MJ 0381 |
| Plaintiff, | ) |
| | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326 |
| **Jesus SALTO-Quevedo,** | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **February 8, 2008** within the Southern District of California, defendant, **Jesus SALTO-Quevedo,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]
SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11TH** **DAY OF** **FEBRUARY 2008.**

[signature]
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jesus SALTO-Quevedo**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 08, 2008, Supervisory Border Patrol Agent Joseph De Leon was performing Supervisory duties northwest of the intersection of Interstate 8 and Crestwood Road in Campo, California. Agent De Leon was working in an area located 18 miles east of the Tecate, California Port of Entry and approximately twelve miles north of the United States/Mexico International Boundary. At approximately 8:00 A.M., Agent De Leon found fresh footprints for a group of individuals leading into the brush. Agent De Leon followed the footprints until he encountered a group of seven individuals attempting to conceal themselves in the surrounding brush. Agent De Leon approached the individuals and identified himself as a United States Border Patrol Agent and began to question each individual as to their citizenship. All individuals, including one later identified as the defendant **Jesus SALTO-Quevedo**, freely stated that they were citizens of Mexico illegally present in the United States, not in possession of documents that would allow them to enter or remain in the United States lawfully. All seven individuals, including the defendant, were arrested and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 7, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally

**Executed on February 9, 2008 at 10:00 a.m.**

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **February 8, 2008,** in violation of Title **8**, United States Code, Section **1326**.

Anthony J. Battaglia

2/9/08 1030am
Date/Time